Jeffrey M. Lenkov (State Bar No. 156478)             JS 6
  jml@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, KOHL'S DEPARTMENT STORES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA SPENCER, | **Case No. 15-cv-07380-DSF-RAO** |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION TO REMAND CASE TO SUPERIOR COURT** |
| KOHL'S DEPARTMENT STORES, INC., and DOES 1 to 20 Inclusive | |
| Defendant. | |

Upon consideration of the parties' stipulation, it is hereby ordered that this action is REMANDED to the Superior Court of California, County of Los Angeles, Case No. BC587955. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this Court.

**IT IS SO ORDERED.**

*Dale S. Fischer*

Dated: November _13, 2015    By: _____
                          HON. Dale S. Fischer
                          District Court Judge